GOOD v. USBORNE. (Circuit Court of Appeals, Second Circuit. April 10, 1917.) No. 196. In Error to the District Court of the United States for the Western District of New York. Charles Newton, of Buffalo, N. Y., and Mott G. Spaulding, of Ashtabula, Ohio, for plaintiff in error. Ottaway & Munson, of Westfield, N. Y., for defendant in error. Before WARD, ROGERS, and HOUGH, Circuit Judges.

PER CURIAM. Judgment affirmed.

GULF COMPRESS CO. v. OSCAR SMITH & SONS. (Circuit Court of Appeals, Fifth Circuit. April 26, 1917.) No. 3027. In Error to the District Court of the United States for the Eastern Division of the Southern District of Mississippi; Henry C. Niles, Judge. G. T. Fitzhugh, of Memphis, Tenn., and Gabe Jacobson and Harden Brooks, both of Meridian, Miss., for plaintiff in error. Robert H. Thompson, of Jackson, Miss., and Albert S. Bozeman, of Meridian, Miss., for defendant in error. Before PARDEE, WALKER, and BATTS, Circuit Judges.

PER CURIAM. On full consideration of the record, we find no reversible error in any of the rulings on pleadings, or on the admission of evidence, and that on the evidence in the case the trial judge was warranted in directing a verdict for the plaintiff below. The judgment appealed from is affirmed.

HALL PRINTING PRESS CO. et al. v. GEORGE MANN & CO., Limited, et al. (Circuit Court of Appeals, Second Circuit. April 10, 1917.) No. 224. Appeal from the District Court of the United States for the Southern District of New York. J. Edgar Bull, of New York City, for appellants. V. D. Borst and W. H. Kenyon, both of New York City, for appellees. Before COXE, WARD, and HOUGH, Circuit Judges.

PER CURIAM. Decree ([D. C.] 237 Fed. 662) affirmed.

LOUIE TAI KEE v. MAYO, Com'r of Immigration. (Circuit Court of Appeals, Fifth Circuit. April 20, 1917.) No. 2984. Appeal from the District Court of the United States for the Eastern District of Louisiana; Rufus E. Foster, Judge. St. Clair Adams, of New Orleans, La., for appellant. Jos. W. Montgomery, U. S. Atty., of New Orleans, La., for appellee. Before PARDEE, WALKER, and BATTS, Circuit Judges.

PER CURIAM. Following the ruling made in the case of Lee Wong Hin v. Mayo, Commissioner of Immigration, 240 Fed. 368, —— C. C. A. —— (Circuit Court of Appeals, Fifth Circuit, present term), the order of the District Court in the above-entitled cause, dismissing appellant's petition for a writ of habeas corpus, is reversed, and said cause is remanded to the District Court, with direction to entertain the petition and grant the writ, unless the United States, within such time as the District Judge deems reasonable, shall institute proceedings against the relator under the provisions of the Chinese Exclusion Act.